UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4052 (L)
(1:13-sw-00522-CMH-1)
_____

In re: INFORMATION ASSOCIATED with [redacted]

-------------------------------

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

LAVABIT LLC; LADAR LEVISON

   Movants - Appellants

_____

No. 16-4053
(1:13-ec-00297-TCB-1)
_____

In re: PEN REGISTER

-------------------------------

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LAVABIT LLC; LADAR LEVISON

Movants - Appellants

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*